ACCEPTED
01-15-00297-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 12:22:38 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00297-CR

PRENTIS RAY VENZANT,
      APPELLANT

V.

THE STATE OF TEXAS,
      APPELLEE

IN THE COURT OF APPEALS

FIRST     SUPREME    JUDICIAL
DISTRICT

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 12:22:38 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of Unauthorized Use of a Vehicle, and was sentenced on 3/27/2015. The trial case was styled as *State of Texas v. Prentis Ray Venzant*, in the 212th Judicial District Court of Galveston County, Texas, Cause No. 14-CR-2810. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 11/30/2015.

2. The present due date for filing the State's brief is 12/30/2015.

3. This is the State's first motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 2/29/2016.

5. The State requests this extension not for delay but because during the last thirty days, the undersigned attorney for the State:

1

- Completed a State's Response Brief in *Robert Rollins v. State*, 01-14-00769-CR on 11/16/2015.

- Completed a Petition for Discretionary Review in *Eric Greer v. State*, 01-14-00033-CR, on 11/19/2015.

- Completed a State's Response Brief in *Gary James Cox v. State*, Nos. 01-15-00220-CR, 01-15-00221-CR, 01-15-00222-CR on 12/14/2015.

- Filed answers, responses, agreed orders, and appeared in court for hearings or other docket matters on numerous expunctions and nondisclosures, and misidentification expunctions.

6. The State must also complete its response brief to *Brian Darnell Johnson v. State*, 01-15-00101-CR, due on December 30, 2015.

7. The State must also complete its response brief to *Brandon Marlo Miller v. State*, 14-15-00293-CR, due on January 19, 2016.

8. The State must also complete its response brief to *Gregory Charles Hurst v. State*, 14-15-00539-CR, due on February 1, 2016.

9. The State must also complete its response brief to *Alvin Pinkney v. State*, 14-15-00428-CR, due on February 12, 2016.

10. The State must also complete its response brief to *Michael Grimm v. State*, 14-15-00284-CR, due on February 16, 2016.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until February 29, 2016.

Respectfully submitted,
JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

_____
ALLISON LINDBLADE
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24062850
allison.lindblade@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 345 words.

_____
ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was emailed/ eFiled to Tad Nelson, Attorney for Appellant, at tad@thenelsonfirm.com on December 30, 2015.

_____
ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

3

# AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on December 30, 2015, appeared Allison Lindblade, who by me duly sworn did depose and state on oath the following:

"I, Allison Lindblade, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

_____
ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on December 30, 2015.

HEATHER GRUBEN
Notary Public, State of Texas
My Commission Expires
May 06, 2019

_____
NOTARY PUBLIC in and for
the State of Texas

4